**Trayon KIRBY, Plaintiff–Appellant,**

v.

**Officer HENDERSON; Lee; Lieutenant Agnew; Cole; Carter; Wade; Correction Officer Dunmiller; Jenkins; Davis; Correction Officer Tillison;**

Correction Officer Styles; Robinson, Kitchen Worker; Saunders; Holcomb, Kitchen Worker; Marshall, Kitchen Worker, Defendants–Appellees.

No. 11–6319.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 6, 2011.

Trayon Kirby, Appellant Pro Se.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trayon Kirby appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kirby v. Officer Henderson*, No. 1:10–cv–01324–LMB–TCB (E.D.Va. Feb. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*